**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/2020

February 10, 2020

**VIA ECF**
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Yoan Delacruz
19 Cr. 795 (SHS)

Dear Judge Stein:

As per Tracy Miller's email, I apologize for the confusion with the Court on February 5, 2020. I substituted for my partner, Jeremy Schneider with the understanding that the cases would be assigned to him. I write to request that your Honor correct the record to reflect Mr. Schneider as the attorney for Yoan Delacruz.

Thank you for your attention to this matter.

Sincerely,

David Stern

*Jeremy Schneider is substituted for David Stern as attorney for defendant Yoan Delacruz*

DS/sc
encl.

SO ORDERED 2/11/2020

SIDNEY H. STEIN
U.S.D.J.