```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,                        19-Cr-795 (SHS)

     -v-                                         ORDER

YOAN DELACRUZ,

                    Defendant(s).
-----------------------------------------------------------x
```

SIDNEY H. STEIN, U.S.D.J.

A teleconference having been held today regarding defendant's motion for temporary release from custody [Doc. No. 115], with counsel for all parties participating, and defendant's counsel having waived the defendant's appearance,

IT IS HEREBY ORDERED that for the reasons set forth on the record, defendant's motion [Doc. No. 115] is denied.

Dated: New York, New York
       April 9, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.