## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

**MEMO ENDORSED**

April 3, 2023

**VIA ECF**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 11201

Re: United States v. Yoan Delacruz
    19 Cr. 795 (SHS)

Dear Judge Stein:

I represented Mr. Yoan Delacruz in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 36.3 hours, nunc pro tunc to February 10, 2020, assisting me in this matter. Much of that time involved phone calls with the client and his family, legal research and writing.

Therefore, it is respectfully requested that your Honor approve payment at an hourly rate of $110.00 for associate time spent representing Mr. Delacruz in this matter. Thank you very much.

Sincerely,

*Jeremy Schneider*

Jeremy Schneider

JS/sc

The hourly rate of $110.00 for Ms. Perillo's time is approved for 36.3 hours.

Dated: New York, New York
       April 4, 2023

SO ORDERED:

*Sidney H. Stein, U.S.D.J.*